ACCEPTED
03-13-00370-CV
5418084
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/26/2015 2:25:41 PM
JEFFREY D. KYLE
CLERK

**NO. 03-13-00370-CV**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/26/2015 2:25:41 PM
JEFFREY D. KYLE
Clerk

**IN THE THIRD COURT OF APPEALS**

**THE STATE BOARD OF EDUCATOR CERTIFICATION and MICHAEL BARRY, THE ACTING CHIEF EXECUTIVE OFFICER OF THE STATE BOARD FOR EDUCATOR CERTIFICATION, IN HIS OFFICIAL CAPACITY ONLY,**
Appellant
**v.**
**ERASMO MONTALVO,**
Appellee

Original Proceeding from the
200th District Court, Travis County, Texas

**UNOPPOSED AMENDED MOTION TO EXTEND TIME TO FILE APPELLEE'S RESPONSE BRIEF**

BRIM, ARNETT, ROBINETT, CONNERS & MC CORMICK, P.C.
Mark Robinett
State Bar No. 17083600
Corey Tanner
State Bar No. 24071193
2525 Wallingwood Drive, Bldg. 14
Austin, Texas 78746
Telephone: (512) 328-0048
Facsimile: (512) 328-4814

*Counsel for Erasmo Montalvo*

1

## Identity of Parties and Counsel

**Appellant/Plaintiff:**

**Plaintiff/Appellant's Appellate Counsel:**

Brim, Arnett & Robinett,
Mark W. Robinett
State Bar No. 17083600
Corey Tanner
State Bar No. 24071193
2525 Wallingwood Drive, Bldg. 14
Austin, Texas 78746
Telephone: (512) 328-0048
Facsimile: (512) 328-4814

**Appellees/Defendants:**

**Relator's Counsel:**

Douglas D. Geyser
Ellen Sameth
Assistant Attorneys General
Office of the Attorney General of Texas
Administrative Law Division
PO Box 12548, Capitol Station
Austin, Texas  78711-2548
Telephone: (512) 475-4200
Facsimile: (512) 320-0167

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 10.5(B) and 55.7, the Appellee, Erasmo Montalvo, files his Unopposed Motion to Extend Time to File a Response to Relator's Petition for Writ of Mandamus and Motion for Temporary Relief.

Mr. Montalvo's response is due May 28, 2015.

Counsel for Montalvo requests a 30 day extension of time to file his response, making the response due on June 29, 2015. This is the first request for extension of time to file the response.

Counsel for Mr. Montalvo relies on the following reasons to explain the need for the requested extension:

- Counsel for Montalvo has been out of the office for extended periods, traveling to serve the needs of his clients around the state,

- Spring is the busiest season for Montalvo's counsel, and it has been necessary to prepare a number of other cases that have required the majority of his time and focus.

There have been no previous extensions granted in this cause.

This request is not sought for delay but so that justice may be done.

Appellee's counsel has conferred with Ellen Sameth, counsel for the Appellants, and she has indicated she does not oppose this motion.

All facts recited in this motion are within the personal knowledge of the

3

counsel signing this motion; therefore no verification is necessary under Texas Rule of Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, the Real Party in Interest, Erasmo Montalvo, requests that this Court grant this Unopposed Motion to Extend Time to File Mr. Montalvo's response and extend the deadline for filing the response to June 29, 2015.

Respectfully submitted,

**BRIM, ARNETT & ROBINETT, P.C.**

*/S/ Mark W. Robinett*

Mark W. Robinett
State Bar No.   17083600
2525 Wallingwood Drive, Bldg. 14
Austin, Texas 78746
Telephone: (512) 328-0048
Facsimile: (512) 328-4814

*Attorney for Erasmo Montalvo*

## CERTIFICATE OF CONFERENCE

Pursuant to TEX. R. APP. P. 10.1(5), I certify that the undersigned has conferred with Ellen Sameth, opposing counsel, who stated that she does not oppose this motion.

*/S/ Mark W. Robinett*
Mark W. Robinett

4

## CERTIFICATE OF SERVICE

Pursuant to TEX. R. APP. P. 9.5, I certify that on May 26, 2015, a copy of this motion was sent via the Court's electronic filing system to the following:

Ellen Sameth
Douglas D. Geyser
Assistant Attorney General
Office of the Attorney General of Texas
Administrative Law Division
PO Box 12548, Capitol Station
Austin, Texas  78711-2548
Counsel for the State Board for Educator Certification

/S/ Mark W. Robinett
Mark Robinett